# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| JOSHUA BACHLEITNER and CYNTHIA LEON, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN MEDICAL COLLECTION AGENCY, <br><br> Defendant. | Case No. 2:17-cv-00044-JVB-PRC <br><br> Judge Joseph S. Van Bokkelen <br><br> Magistrate Judge Paul R. Cherry |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED TO, by and between the parties hereto, through their respective counsel that the above-captioned action is hereby dismissed, on the merits, with prejudice, and without attorney's fees and costs against either, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: October 10, 2017                                                      Respectfully Submitted,

**JOSHUA BACHLEITNER AND CYNTHIA LEON**                    **AMERICAN MEDICAL COLLECTION AGENCY**

/s/ Nathan C. Volheim                                                          /s/ Brandon Stein (*with consent*)
Nathan C. Volheim                                                               Brandon Stein
*Counsel for Plaintiff*                                                            *Counsel for Defendant*
Sulaiman Law Group, LTD                                                  Hinshaw & Culbertson LLP
2500 South Highland Ave., Suite 200                               222 North LaSalle Street, Suite 300
Lombard, Illinois 60148                                                      Chicago, IL 60601
Phone: (630) 575-8181                                                        Phone: (312) 704-3720
nvolheim@sulaimanlaw.com                                            BStein@hinshawlaw.com